**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| NYLIFE INSURANCE COMPANY OF ARIZONA | CIVIL ACTION |
| VERSUS | 15-810-SDD-RLB |
| DAVID LEE JOHNSON, CHARLES BUTLER, JR., CHAZZ JOHNSON, and C.J., a minor, by and through her Legal guardian SABRINA SCOTT | |

## **RULING**

This interpleader action is before the Court on the *Motion for Summary Judgment by Chazz Johnson and Sabrina Scott o/b/o Caitlyn Johnson.*[1]

This is an interpleader action by the New York Life Insurance Company of Arizona, which previously deposited proceeds from a life insurance policy on the life of Monica Johnson into the registry of the Court in the amount of $375,000.00, before being dismissed with prejudice from this action.

There are no genuine issues of material fact that the primary beneficiary, David Lee Johnson, is legally barred from receiving life insurance proceeds because a court of competent jurisdiction found him criminally responsible for the death of Monica Johnson and judicially determined that he participated in her intentional, unjustified killing.

There are no genuine issues of material fact that Chazz Johnson and Caitlyn Johnson are two of the three secondary beneficiaries in the policy documents; thus, they

---

[1] Rec. Doc. No. 44.
Document Number: 52633

are each entitled, as a matter of law, to two-thirds of the proceeds the insurer deposited into the registry of the Court.

The remaining one-third share of the proceeds has already been judicially awarded by the Court to Charles Butler, Jr., the third of the three secondary beneficiaries identified in the policy documents. Further, in accordance with previous *Rulings* and *Orders* of the Court, it has already been determined that David Lee Johnson was barred from receiving the life insurance proceeds deposited into the registry of the Court.

Accordingly, the *Motion for Summary Judgment by Chazz Johnson and Sabrina Scott o/b/o Caitlyn Johnson*[2] is GRANTED, and the Clerk of Court is ordered to pay Chazz Johnson and Sabrina Scott, o/b/o Caitlyn Johnson, each the sum of $125,000.00, plus any accrued interest, from the funds deposited into the registry of the Court.

*Judgment* shall be entered accordingly.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 19th day of July, 2019.

_____
**SHELLY D. DICK
CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA**

---

[2] Rec. Doc. No. 44.
Document Number: 52633